A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Sep 17, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 01, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION          MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 17, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 4:06-md-01811-CDP Document 1535  Filed 09/22/09 Page 1 of 3
Case 5:09-cv-00248-BSM Document 53  Filed 09/27/09 Page 5 of 6

Page 1 of 2

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**     MDL No. 1811

### SCHEDULE CTO-33 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

ARKANSAS EASTERN
  ARE 1  09-36      Mickey Doyle, et al. v. Bayer CropScience, LP, et al.
  ARE 2  09-109     Clinton McGraw, et al. v. Bayer CropScience, LP, et al.
  ARE 2  09-110     B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al.
  ARE 2  09-111     Henry Kelly v. Bayer CropScience, LP, et al.
  ARE 2  09-116     Kirk Brann, et al. v. Bayer CropScience, LP, et al.
  ARE 2  09-118     Stanley Bosnick v. Bayer CropScience, LP
  ARE 2  09-119     Eloise Bosnick Family Trust v. Bayer CropScience, LP
  ARE 2  09-120     Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP
  ARE 2  09-121     Bosnick Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-126     Dean Davis, et al. v. Bayer CropScience, LP, et al.
  ARE 3  09-127     Jay Reiman, et al. v. Bayer CropScience, LP, et al.
  ARE 3  09-128     Darrell Brady, et al. v. Bayer CropScience, LP, et al.
  ARE 3  09-129     Steve Davis, et al. v. Bayer CropScience, LP, et al.
  ARE 3  09-130     Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al.
  ARE 3  09-131     Anna Claire Farms, Inc., et al. v. Bayer AG, et al.
  ARE 3  09-132     Bullard Farms, Inc., et al. v. Bayer AG, et al.
  ARE 3  09-134     Louiese Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-135     Ninety-Six Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-136     South Bayou Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-137     Tool Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-138     BC&MC Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-139     Blue Lake Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-140     Bosnick Family Trust v. Bayer CropScience, LP
  ARE 3  09-141     Long Grain Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-142     Long Rows, Inc. v. Bayer CropScience, LP
  ARE 4  09-677     Lane Oliver, et al. v. Bayer CropScience, LP, et al.
  ARE 4  09-678     Ronald Bauman, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-230     Jason Smith, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-231     Rick Siems, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-232     Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-234     Jay B. Coker, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-235     Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-237     Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-239     Billy M. Long, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-240     Greg Hackney, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-241     James M. Craig, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-242     Wade Richter, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-243     Wendell Stratton, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-244     Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al.

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**     **CASE CAPTION**

ARKANSAS EASTERN
   ARE 5 09-245     Brad Haynes, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-246     James Noble, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-247     Curtis Simpson, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-248     Curt Moore, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-249     John Worring, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-250     Jon L. Baker, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-251     Brandon Rodgers, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-252     Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-253     Roy McCollum, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-254     Walter E. Daniel, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-255     Greg Kerksieck, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-256     Brooks Davis, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-257     John Ross, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-258     Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-259     Gary Stone, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-260     Robert H. Dilday, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-261     Brent Clawitter, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-262     Talka Corp. v. Bayer CropScience, LP
   ARE 5 09-263     Stanley Welty v. Bayer CropScience, LP
   ARE 5 09-264     W.N. Gillison Revocable Trust v. Bayer CropScience, LP
   ARE 5 09-265     Dave Black, et al. v. Bayer CropScience, LP
   ARE 5 09-266     C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP
   ARE 5 09-267     A&K Farms, Inc. v. Bayer CropScience, LP